UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.:  CR-05-101-C-EJL |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARNOLD EARL SCOTT, | ) | |
| GERALD LYNN BAINBRIDGE, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Pending before the Court in the above entitled matter is the Government's motion to sever.  The Defendants have filed oppositions to the motion.  The Court has reviewed the parties' briefing and determined that additional briefing from both sides is necessary before the Court can resolve the motion.  Therefore, the parties are each directed to file simultaneous briefing on the question of whether or not a defendant is able to waive their objection to the admission of co-defendant statements as the Defendants have stated they will do in their oppositions to the motion in this case.  If the law allows such a waiver the Court will likely deny the motion and proceed to trial as to both Defendants in order to avoid the possibility of inconsistent verdicts and to preserve judicial resources.  The parties are directed to file such briefing on or before January 5, 2006.

**IT IS SO ORDERED**.

DATED: **December 29, 2005**

Honorable Edward J. Lodge
U. S. District Judge